| | |
|---|---|
| 1 | Christina N. Goodrich (SBN 261722) |
| 2 | christina.goodrich@klgates.com<br>Kevin G. Sullivan (SBN 341596) |
| 3 | kevin.sullivan@klgates.com<br>**K&L Gates LLP** |
| 4 | 10100 Santa Monica Boulevard<br>Eighth Floor |
| 5 | Los Angeles, California  90067<br>Telephone: 310.552.5000 |
| 6 | Facsimile: 310.552.5001 |
| 7 | Christopher J. Valente<br>   (*admitted pro hac vice*) |
| 8 | christopher.valente@klgates.com<br>Michael R. Creta |
| 9 | (*admitted pro hac vice*)<br>michael.creta@klgates.com |
| 10 | **K&L Gates LLP**<br>State Street Financial Center |
| 11 | One Lincoln Street<br>Boston, MA  02111 |
| 12 | Telephone: 617.261.3100<br>Facsimile: 617.261.3175 |
| 13 | *Attorneys for Plaintiff*<br>*ENOCHIAN BIOSCIENCES, INC.* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOCHIAN BIOSCIENCES, INC. a Delaware corporation,<br><br>            Plaintiff,<br><br>v.<br><br>ERIC LEIRE, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: 2:22-cv-06184-FMO-JEM<br><br>**NOTICE OF SETTLEMENT**<br><br>[Assigned to the Honorable Fernando M. Olguin] |

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that Enochian Biosciences, Inc. has settled its dispute with Eric Leire. The parties will file a Stipulation of Dismissal of the entire action within the next 30 days.

**K&L Gates LLP**

Dated: January 25, 2023

By: /s/ Christina N. Goodrich
Christina N. Goodrich
Kevin G. Sullivan
Christopher J. Valente
Michael R. Creta

Attorneys for Plaintiff,
ENOCHIAN BIOSCIENCES, INC.