# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-6184 FMO (JEMx) | Date | January 27, 2023 |
|---|---|---|---|
| Title | Enochian BioSciences, Inc. v. Eric Leire | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**       **(In Chambers) Order Re: Notice of Settlement [22]**

Having reviewed and considered plaintiff's Notice of Settlement, (Dkt. 22, "Notice"), IT IS ORDERED THAT:

1.  Plaintiff's Notice **(Document No. 22)** is hereby **stricken**.  The court cannot accept a notice of settlement in an action where no defendant has entered an appearance and/or where the defendant did not sign the Notice of Settlement.

2.  Failure to comply with all case deadlines set forth in the applicable orders issued in this case shall result in the imposition of sanctions, including but not limited to, the dismissal of the action for failure to comply with any applicable rules and/or court orders.  See Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | gga | |